IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR CLARK, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-1165-JDB-egb |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
|     Respondent. | ) | |

___

ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS* AFFIDAVIT
AND TRUST FUND ACCOUNT STATEMENT
OR PAY THE $5.00 HABEAS FILING FEE
___

On June 17, 2016, Petitioner, Victor Clark, Tennessee Department of Correction number 526604, currently incarcerated at the Morgan County Correctional Complex, in Wartburg, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2254. (ECF No. 1.) However, Petitioner neglected to either pay the $5.00 habeas filing fee or submit a proper *in forma pauperis* affidavit as per 28 U.S.C. § 1914(a).

Accordingly, Petitioner is ORDERED to pay the $5.00 filing fee within thirty days after the date of this order or submit a properly completed *in forma pauperis* affidavit demonstrating his indigency, along with an inmate trust fund account statement. The Clerk is DIRECTED to mail a copy of the prisoner *in forma pauperis* affidavit to Petitioner along with this order. Failure to comply with this order will result in dismissal of this action, pursuant to Fed.R.Civ.P.41(b), for failure to prosecute.

IT IS SO ORDERED, this 21st day of June, 2016.

                                                     **s/ J. DANIEL BREEN**
                                                     J. DANIEL BREEN
                                                     CHIEF UNITED STATES DISTRICT JUDGE