UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| VICTOR CLARK, | JUDGMENT IN A CIVIL CASE |
|     Petitioner, | |
| vs. | |
| GRADY PERRY, | CASE NO: 16-1165-STA-jay |
|     Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk To Modify Respondent, Denying § 2254 Petition, Denying Certificate of Appealability, and Denying Leave to Appeal In Forma Pauperis entered on May 22, 2019, the Petition is hereby DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/22/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By)  Deputy Clerk